Mark L. Javitch (CA SBN 323729)
mark@javitchlawoffice.com
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY CABRERA, an individual, <br><br> Plaintiff, <br><br> v. <br><br> Experian Information Solutions, Inc., LoanMe, LLC, <br><br> Defendants. | Case No.: 5:22-cv-01368-JGB-SHK <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

TO THE COURT AND ALL PARTIES OF RECORD: Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff RANDY CABRERA hereby voluntarily dismisses only Experian Information Solutions, Inc., with prejudice, and each side bearing their own costs and attorney's fees.

Dated: June 23, 2023           Respectfully submitted,

                      By:   /s/ Mark L. Javitch
                            Mark L. Javitch (CA SBN 323729)

NOTICE OF VOLUNTARY
DISMISSAL WITH PREJUDICE           1           5:22-cv-01368-JGB-SHK

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705
mark@javitchlawoffice.com

*Attorneys for Plaintiff*