ADMIN
JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | EDCV 22-1368 JGB (SHKx) | Date | August 10, 2023 |
|---|---|---|---|
| Title | *Randy Cabrera v. Experian Information Solutions, Inc., et al.* | | |

| Present: The Honorable | JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE |
|---|---|

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** Minute Order STAYING Action Pending Bankruptcy and ORDERING the Parties to File a Status Report (IN CHAMBERS)

On August 3, 2022, Plaintiff Randy Cabrera ("Plaintiff") initiated this action. ("Complaint," Dkt. No. 1.) On April 6, 2023, Plaintiff filed a first amended complaint against Defendants Experian Information Solutions, Inc. ("Experian") and LoanMe, LLC ("LoanMe"). ("FAC," Dkt. No. 43.) On June 23, 2023, Plaintiff voluntarily dismissed Experian with prejudice. (Dkt. No. 52.) On July 28, 2023, LoanMe notified the Court that it had filed for bankruptcy before the Supreme Court of British Columbia as well as before the United States Bankruptcy Court for the District of Delaware. ("Notice of Bankruptcy," Dkt. No. 53.) The Court **STAYS** this action pending the outcome of the bankruptcy matters. The Court **ORDERS** the parties to file a joint status report every 90 days after the entry of this Order informing the Court of the status of the bankruptcy proceedings and explaining whether extending the stay is appropriate. The Clerk is directed to administratively close the case.

**IT IS SO ORDERED.**